# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1763

_____

Allan D. Hardy,                                    *
                                                   *
            Appellant,                             *
                                                   *    Appeal from the United States
      v.                                           *    District Court for the
                                                   *    District of Minnesota.
Department of Corrections; Warden                  *
Dave Corbo; Officer Duffort; Officer               *    [UNPUBLISHED]
Black; Officer Stumbo; Officer                     *
Martinson; Officer Gastro; Officer                 *
Verhey; Officer Prince Alry; Warden                *
Dan Ferrise; Officer Hartman; Officer              *
Henning; Sherlinda Wheeler,                        *
                                                   *
            Appellees.                             *

_____

Submitted: May 4, 2007
Filed: May 14, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Allan Hardy, a Minnesota state prisoner, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Hardy alleged that correctional officers refused to open his cell door to allow him to attend a religious program, the second part of which he attended later that day, and also refused to grant him a pass to attend another religious program on a different day.

Having carefully reviewed the record, we affirm the grant of summary judgment in favor of defendants for the reasons stated by the district court. See 8th Cir. R. 47B. We also deny Hardy's pending motion.

_____

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.